UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL      JS-6

Case No.    5:24cv02748 DDP (JPR)            Date: May 22, 2025

Title    *DERRICK DEON HORTON v. COUNTY OF RIVERSIDE SGT. WAGGLE; ET AL.*

Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

      On April 21, 2025, Plaintiff was ordered to either (1) prepay the full filing fee or (2) file a First Amended Complaint and renewed Request to Proceed Without Prepayment of Filing Fees. (Dkt. 6.) Plaintiff was cautioned that failure to comply with the court's Order would result in the dismissal of this action. As of the date of this Minute Order, Plaintiff has made no further filing in this matter. Accordingly, Plaintiff's Complaint is DISMISSED, without prejudice.

                                                         00:00
                                   **Initials of Preparer**     CMJ